Accordingly, the judgment of the circuit court of Cook County entered in the favor of the collector is affirmed.

Judgment affirmed.

McGLOON, P. J., and MEJDA, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* BRYAN COLDMAN, Petitioner-Appellant.

(No. 60317;

First District (3rd Division)—January 23, 1975.

PER CURIAM.

Paul Bradley and Gordon Berry, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John F. Brennan, Assistant State's Attorney, and William E. Bogner, Senior Law Student, of counsel), for the People.